No. 235, Misc. TAGGS *v.* HERETIS. Supreme Court of South Carolina. Certiorari denied. *Renah F. Camalier* and *H. Stewart McDonald* for petitioner.

No. 236, Misc. HANNAN ET AL. *v.* ADMINISTRATOR, CONNECTICUT UNEMPLOYMENT COMPENSATION LAW. Supreme Court of Errors of Connecticut. Certiorari denied. *James F. Rosen* for petitioners.

No. 239, Misc. BECK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Herbert E. Rosenberg* and *Edward Norwalk* for petitioner. *Frank A. Gulotta* and *Philip Huntington* for respondent.

No. 240, Misc. FERNANDEZ *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *William Richter* for petitioner. *Frank A. Gulotta* and *Philip Huntington* for respondent.

No. 245, Misc. HAMPTON ET AL. *v.* SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. *Martin A. Martin* and *Thurgood Marshall* for petitioners. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, for respondent.

No. 255, Misc. NOVAK *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 256, Misc. MONAGHAN *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.